IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ARTOZ LLC t/a NEXLEVEL MECHANICAL AND ELECTRICAL SERVICES a/k/a NEXLEVEL MECHANICAL<br><br>Defendant. | Civil Action No. 1:09-cv-1259-AJT-TCB |

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. No. 15) of the Magistrate Judge recommending that default judgment be entered against Artoz LLC t/a NexLevel Mechanical and Electrical Services a/k/a NexLevel Mechanical ("Defendant") in favor of plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund in the amount of $12,473.39 and plaintiff Trustees of the International Training Fund in the amount of $353.76. No objections to the Report and Recommendation have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiffs' motion for default judgment (Doc. No. 11) be, and the same hereby is, GRANTED; it is further

ORDERED that default judgment be, and the same hereby is, entered against Defendant in favor of Plaintiffs, as to plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund, in the amount of $8,499.75 in unpaid contributions; $849.98 in liquidated damages; $1,297.37 in accrued interest through February 26, 2010; $1,130.00 in reasonable attorneys'

fees; $696.29 in costs; plus interest accruing from February 26, 2010 until date of payment accruing at the rate of 12% per annum, for a total award to plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund of $12,473.39 plus interest and, as to plaintiff International Training Fund, in the amount of $261.53 in unpaid contributions, $52.31 in liquidated damages; $39.92 in accrued interest through February 26, 2010; plus interest accruing from February 26, 2010 until date of payment accruing at the rate of 12% per annum, for a total award to plaintiff International Training Fund of $353.76 plus interest.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to:

>Arthur Rob, Jr.
>13003 Murphy Road, Suite L1
>Stafford, TX 77477

/s/ Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 15, 2010